619 A.2d 1058

**ESTATE OF Harold R. SCHMIDT, Deceased.**

**Appeal of The SQUARE 106 ASSOCIATES.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1993.

Decided Feb. 16, 1993.

Richard B. Tucker, III, Pittsburgh, John P. McKenna, Washington, DC, pro hac vice, for appellants.

Edward C. Schmidt, Pittsburgh, for Wickwire–Exec.

Richard DiSalle, Edmund M. Carney, Pittsburgh, for Rose, Asbaugh.

Thomas C. Reed, Pittsburgh, for Angel.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.